**United States Bankruptcy Court**
**District of Maryland, Salisbury Division**

IN RE:                                                                                              Case No. _____

**Shell LLC**_____   Chapter **11**_____
                                         Debtor(s)

**VERIFICATION OF CREDITOR MATRIX**

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.


Date: **March 10, 2022**_____   Signature: **/s/ William R. Fitzhugh, Jr.**_____
                                                          **William R. Fitzhugh, Jr., Manager**                                     Debtor


Date: _____              Signature: _____
                                                                                                                              Joint Debtor, if any

Avalon Orchards and Farms LLC
10300 W Charleston Blvd Ste 13-HJ9
Las Vegas, NV   89135-1037


Backbone Mechanical Design LLC
c/o Richard Jiranek
17610 Backbone Rd
Parkton, MD   21120-9643


Dorchester County Revolving Loan Fund
Mid-Shore Regional Council
8737 Brooks Dr Ste 101
Easton, MD   21601-7474


Dorsey Shockley
4846 Laurie Ln
Woolford, MD   21677-1318


Jay Kopen Esq.
PO Box 1028
Easton, MD   21601-8919


JT Shop
c/o John Tall
3515 Chateau Dr
East New Market, MD   21631-1610


MARBIDCO
1410 Forest Dr Ste 21
Annapolis, MD   21403-1446

```
McAllister, DeTar, Showalter, & Walker
706 Giddings Ave Ste 305
Annapolis, MD   21401-1413


Rosedale Ice Co, Inc.
2700 Annapolis Rd
Baltimore, MD   21230-3514


US Small Business Adminstration
National Disaster Loan Resolution Center
200 W Santa Ana Blvd
Santa Ana, CA   92701-4134
```

| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF MARYLAND, SALISBURY DIVISION |
| Case number *(if known)* _____  Chapter  **11** |

☐ Check if this an amended filing

# Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document,** *Instructions for Bankruptcy Forms for Non-Individuals,* **is available.**

| 1. | Debtor's name | **Shell LLC** |
|---|---|---|
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **82-1007642** |
| 4. | Debtor's address | **Principal place of business**<br><br>**837 Chesapeake Dr**<br>**Unit B**<br>**Cambridge, MD 21613-9401**<br>Number, Street, City, State & ZIP Code<br><br>**Dorchester**<br>County | **Mailing address, if different from principal place of business**<br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | **https://hoopersisland.com/** |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 1

Debtor  **Shell LLC**  Case number (*if known*) _____
      Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
__112512__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply:*

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

Debtor **Shell LLC**  
    Name

Case number (*if known*) _____

| | | |
|---|---|---|
| **10.** | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ■ No<br>☐ Yes. |

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____  
District _____  When _____  Case number, if known _____

| | | |
|---|---|---|
| **11.** | **Why is the case filed in** *this district?* | *Check all that apply:*<br>■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| | | |
|---|---|---|
| **12.** | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ■ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** (*Check all that apply*.)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>    Number, Street, City, State & ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes. Insurance agency _____<br>       Contact name _____<br>       Phone _____ |

**Statistical and administrative information**

| | | |
|---|---|---|
| **13.** | **Debtor's estimation of available funds** | *Check one:*<br>■ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |

| | | | | |
|---|---|---|---|---|
| **14.** | **Estimated number of creditors** | ■ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |

| | | | | |
|---|---|---|---|---|
| **15.** | **Estimated Assets** | ■ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |

| | | | | |
|---|---|---|---|---|
| **16.** | **Estimated liabilities** | ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor **Shell LLC**_____ Case number (*if known*)_____
       Name

|  | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
|  | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
|  | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Shell LLC**
Name

Case number (*if known*)

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **March 10, 2022**
MM / DD / YYYY

X **/s/ William R. Fitzhugh, Jr.**
Signature of authorized representative of debtor

**William R. Fitzhugh, Jr.**
Printed name

Title **Manager**

**18. Signature of attorney**

X **/s/ Daniel Staeven**
Signature of attorney for debtor

Date **March 10, 2022**
MM / DD / YYYY

**Daniel Staeven**
Printed name

**Frost Law**
Firm name

**839 Bestgate Rd. Ste. 400**
**Annapolis, MD 21401**
Number, Street, City, State & ZIP Code

Contact phone **(410) 497-5947**     Email address **daniel.staeven@frosttaxlaw.com**

**27662**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Shell LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF MARYLAND, SALISBURY DIVISION |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Avalon Orchards and Farms LLC**<br>10300 W Charleston Blvd Ste 13-HJ9<br>Las Vegas, NV 89135-1037 | | | | | | $1,803,068.18 |
| **Backbone Mechanical Design LLC**<br>c/o Richard Jiranek<br>17610 Backbone Rd<br>Parkton, MD 21120-9643 | | | | | | $40,000.00 |
| **Dorchester County Revolving Loan Fund**<br>Mid-Shore Regional Council<br>8737 Brooks Dr Ste 101<br>Easton, MD 21601-7474 | | | | | | $13,804.48 |
| **Dorsey Shockley**<br>4846 Laurie Ln<br>Woolford, MD 21677-1318 | | | | | | $80,000.00 |
| **JT Shop**<br>c/o John Tall<br>3515 Chateau Dr<br>East New Market, MD 21631-1610 | | | | | | $23,000.00 |
| **MARBIDCO**<br>1410 Forest Dr Ste 21<br>Annapolis, MD 21403-1446 | | | | | | $63,549.46 |

Debtor **Shell LLC**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Rosedale Ice Co, Inc.**<br>**2700 Annapolis Rd**<br>**Baltimore, MD 21230-3514** | | | | | | **$1,045,663.78** |
| **US Small Business Adminstration National Disaster Loan Resolution Center**<br>**200 W Santa Ana Blvd**<br>**Santa Ana, CA 92701-4134** | | | | | | **$271,000.00** |

**United States Bankruptcy Court**
**District of Maryland, Salisbury Division**

IN RE:  
**Shell LLC**

Debtor(s)

Case No. _____  
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Bankruptcy Rules 1007(a) and Bankruptcy Rule 7007.1, and Local Rules 1007-1, 2003-2, 7007.1-1 and 9014-1(B),

_____Shell LLC_____, a  
[Name of Corporate Party]

(check one):

[X]  Corporate Debtor

[ ]  Party to an adversary proceeding

[ ]  Party to a contested matter

[ ]  Member of committee of creditors

makes the following disclosure(s):

**All** corporations, other than a governmental unit, that directly **or indirectly** own ten percent (10%) or more of any class of the corporation's equity interests are listed below:

_____
_____
_____
_____

**OR**

[X]  There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Dated this **10th** day of **March**, **2022**.

/s/ Daniel A. Staeven  
Attorney Name, OBA #**27662**  
[Address/Telephone/Fax/Email]  
**Daniel Staeven**  
**839 Bestgate Rd. Ste. 400**  
**Annapolis, MD  21401**  
Phone: **(410) 497-5947**  Fax:  
**daniel.staeven@frosttaxlaw.com**  
Attorney for **Shell LLC**